IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO G. HERNANDEZ,

      Petitioner,                    No. CIV S-07-0604 DFL EFB P

     vs.

RICHARD SUBIA, Warden,

      Respondent.                 ORDER

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He has filed an application for leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a). He challenges a conviction in the Kings County Superior Court, a claim arising out of a county venued in th Fresno portion of this district. Local Rule 3-120(d). Because this action should be transferred to Fresno, this court will defer ruling on petitioner's application leave for to proceed *in forma pauperis*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number;

/////

/////

1

1     3. The new case number is _____. All future filings shall
2 bear the new case number and shall be filed at:

3         United States District Court
        Eastern District of California
4         2500 Tulare Street
        Fresno, CA 93721

6 Dated: May 1, 2007.

        */s/ Edmund F. Brennan*
        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE