UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARMANDO G. HERNANDEZ, | ) | 1:07-cv-0661-OWW-TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR |
| | ) | APPOINTMENT OF COUNSEL |
| v. | ) | |
| | ) | (Doc. 3) |
| RICHARD SUBIA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner has filed a motion for appointment of counsel. (Doc. 3). Petitioner contends that he should be appointed counsel because of the complexity of his habeas case. (Id.). In his petition, Petitioner raises claims of, inter alia, failure to investigate ineffective assistance of counsel, sentencing error, and instructional error. (Id.).

There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Mitchell v. Wyrick, 727 F.2d 773 (8th Cir. 1984); Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the issues raised by Petitioner, though serious, are neither complex nor so unusual as to require the assistance of counsel. Therefore, the Court does not find that the interests of justice require the appointment of counsel at the present time.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for appointment of counsel (Doc. 3) is DENIED.

IT IS SO ORDERED.

Dated:   **June 5, 2007**                                              **/s/ Theresa A. Goldner**
                                                                                                UNITED STATES MAGISTRATE JUDGE