1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ARMANDO G. HERNANDEZ,

11          Petitioner,                        1:07-cv-0661 ALA HC

12          vs.

13    RICHARD SUBIA, Warden,

14          Respondent.                        ORDER

15    _____/

16          Petitioner Armando Hernandez is a state prisoner proceeding pro se and in forma

17    pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 3,

18    2008, respondent filed a motion to dismiss.  The court requests petitioner file a response to that

19    motion prior to issuing a ruling.

20          Therefore, IT IS HEREBY ORDERED that:

21                1.  Petitioner file a response to respondent's January 3, 2008, motion to dismiss

22    within thirty-five (35) days of the date of this order; and

23                2.  Respondent's reply is due twenty-one (21) days after the filing of petitioner's

24    response.

25    DATED: February 15, 2008                /s/ Arthur L. Alarcón
                                              UNITED STATES CIRCUIT  JUDGE
26                                            Sitting by Designation

1