1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMANDO G. HERNANDEZ,

11          Petitioner,                    1:07-cv-0661 ALA HC

12      vs.

13   RICHARD SUBIA, Warden,

14          Respondent.                    ORDER

15   _____/

16        Petitioner Armando Hernandez is a state prisoner proceeding pro se and in forma

17   pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 3,

18   2008, petitioner filed a motion for an extension of time to file an opposition to respondent's

19   motion to dismiss.  Good cause appearing, that motion will be granted.

20        Therefore, IT IS HEREBY ORDERED that:

21        1.  Petitioner's March 3, 2008, motion for an extension of time is granted; and

22        2.  Petitioner shall file a response to respondent's January 3, 2008, motion to dismiss

23   within thirty-five (35) days of the date of this order.

24   DATED: March 4, 2008

                                        /s/ Arthur L. Alarcón
25                                      UNITED STATES CIRCUIT  JUDGE
                                        Sitting by Designation
26

1